IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTINE ANN JONES,

       Plaintiff,

    v.                                          CIV. NO. 1:21-CV-00243-KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

       Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to

Sentence Four of 42 U.S.C. § 405(g), (ECF No. 23), the Court hereby REVERSES the

Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and

REMANDS the case to the Commissioner for further administrative proceedings.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

FRED J. FEDERICI
United States Attorney

/s/ ***Dorrelyn K. Dietrich***
Dorrelyn K. Dietrich
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303.844.0831
dorrelyn.dietrich@ssa.gov

ATTORNEYS FOR DEFENDANT