IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KRISTINE ANN JONES,**

    **Plaintiff,**

    v.                                                            CIV. NO. 1:21-CV-00243-KRS

**KILOLO KIJAKAZI,**
  **Acting Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. 405(g), (Doc. 23), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**